

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2021

No. 04-21-00207-CV

Eduardo **AQUINO**,
Appellant

v.

Piedad **AQUINO**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI19584
The Honorable Monique Diaz, Judge Presiding

# O R D E R

Appellant's brief was originally due July 19, 2021, however, the court granted an extension of time until August 18, 2021. The brief was not filed. Instead, on August 18, 2021, appellant filed a motion asking for an extension of time to September 1, 2021 to file the brief.

We **grant the motion** and **order appellant** to file appellant's brief by **September 1, 2021**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2021.

_____
Michael A. Cruz,
Clerk of Court